IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SAMUEL B. BULMER,**

**Plaintiff,**

vs.

**DONALD S. YOUNG, et al.,**

**Defendants.**                                                  No. 02-CV-389-DRH

## ORDER

**Herndon, District Judge:**

The Court takes up this matter for purposes of docket control. *Pro se* Plaintiff/Inmate Samuel Bulmer has filed a motion to proceed *in forma pauperis* (IFP) on appeal (Doc. 125). However, he has submitted neither a financial affidavit nor a certified copy of his trust fund account statement as required by **FRAP 24** and **28 U.S.C. § 1915(a)(2)**. The Court **DIRECTS** Plaintiff to submit both a financial affidavit and a certified copy of his trust fund account statement. Failure to submit both forms by June 3, 2005, will result in denial of Plaintiff's motion to proceed IFP on appeal.

**IT IS SO ORDERED.**

Signed this 2nd day of May, 2005.

/s/   David RHerndon
**United States District Judge**